IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETTY JO NEWMAN, JOHN W. NEWMAN & JAMES W. NEWMAN,

    Plaintiffs,                             No. 2:12-cv-02951-KJM-CKD

    vs.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.                       ORDER

/

        Plaintiffs, proceeding pro se, filed a motion for an ex-parte temporary restraining order in the above-captioned action on December 6, 2012.  (ECF 2.)  A temporary restraining order may be issued upon a showing "that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." FED. R. CIV. P. 65(b)(1)(A).  The purpose of such an order is to preserve the status quo and to prevent irreparable harm "just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters*, 415 U.S. 423, 439 (1974).

        Plaintiffs have not filed the documents required by Local Rule 231(c). Specifically, plaintiffs have not filed a complete motion; an affidavit in support of the existence of an irreparable injury; an affidavit detailing the notice to the affected parties or counsel or showing good cause why notice should not be given; a proposed temporary restraining order

1

with a provision for a bond; a proposed order with blanks for fixing the time and date for hearing the motion, the date for filing responsive papers, the amount of the bond, if any, the date and hour of issuance, and notification to the affected party of the right to apply to the court for modification or dissolution on two days' notice or such shorter notice as the court may allow. Plaintiffs have in the alternative not alleged the impossibility of filing the above-listed documents.

For these reasons, plaintiffs' request is DENIED. If plaintiffs wish to proceed with their request for a temporary restraining order, they are hereby ordered to file the above-listed documents by **December 21, 2012.**

IT IS SO ORDERED.

DATED: December 6, 2012.

_____
UNITED STATES DISTRICT JUDGE