1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BETTY JO NEWMAN, et al.,

11              Plaintiffs,                    No. 2:12-cv-2951 KJM CKD PS

12        vs.

13    JP MORGAN CHASE BANK, N.A., et al.,          ORDER

14              Defendants.

15    _____/

16              Plaintiffs are proceeding pro se in this action, referred to the undersigned pursuant

17    to Local Rule 302(c)(21).  Defendants' motion to dismiss and joinder in the motion to dismiss

18    are calendared for hearing on March 13, 2013.  Plaintiffs were directed to file opposition no later

19    than February 20, 2013.  Although plaintiffs have filed an "objection" to the motion to dismiss,

20    no substantive opposition has been filed.  Plaintiffs instead request the appointment of counsel.

21    Plaintiffs do not claim indigency or an inability to retain counsel to represent them.  Moreover,

22    the United States Supreme Court has ruled that district courts lack authority to require counsel to

23    represent indigent persons.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

24    certain exceptional circumstances, the court may request the voluntary assistance of counsel

25    pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

26    ////

1

1   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court does not find those

2   circumstances presented in this case.

3              Accordingly, IT IS HEREBY ORDERED that:

4              1.  Plaintiffs' request for counsel is denied.

5              2.  Plaintiffs are directed to file opposition, if any, to the motion, or a statement of

6   non-opposition thereto, no later than February 26, 2013.  Failure to file opposition and appear at

7   hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition,

8   and shall result in a recommendation that this action be dismissed.

9              3.  Reply, if any, shall be filed no later than March 4, 2013.

10   Dated: February 21, 2013

11

12                                            CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
13

14   4 newman.cou

15

16

17

18

19

20

21

22

23

24

25

26